IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE:                                    MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                      ORDER


This Document Relates To:

02-1693   VRW     03-3842   VRW
03-3979   VRW     04-5462   VRW
04-4870   VRW
                                      /
```

The court has received defendant Boeing Company's (Boeing) motion for protective order dated May 27, 2005. (04-1606 VRW) Doc #182. Boeing's motion is noticed for July 14, 2005. Id. The court, however, has scheduled a joint case management conference (CMC) for June 21, 2005, to resolve discovery issues that have arisen in this MDL. Doc #180 (CMC Order). To save the parties' time and resources, the court concludes it is appropriate to address Boeing's motion for protective order at the June 21, 2005, CMC. Accordingly, plaintiffs in these five cases are ORDERED

//

//

1  to file a response to Boeing's motion for protective order on or
2  before 12:00 pm on June 17, 2005.

5      IT IS SO ORDERED



7      VAUGHN R WALKER
8      United States District Chief Judge