*13-20 (9th Cir filed Mar 22, 2005) (available on Westlaw 2005 WL 1789789); Reply Brief of Appellants, <u>James v Delta Air Lines, Inc</u>, No 04-55526, at 26-32 (9th Cir).

   The court invites the parties to submit concise briefs addressing whether the hearing on summary judgment in this case should be vacated pending the Ninth Circuit's holding in <u>James v Delta Air Lines, Inc</u>.  Briefs shall not exceed five pages and shall be filed with the court no later than September 23, 2005.

   SO ORDERED.

              _____

               VAUGHN R WALKER

               United States District Chief Judge