**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE:                          MDL Docket No 04-1606 VRW

11   DEEP VEIN THROMBOSIS                      ORDER

12

13   This Document Relates To:

14   03-5186  VRW
                                         /
15   _____

16        Plaintiff have filed a notice of dismissal of all claims

17   against Recaro Aircraft Seating pursuant to FRCP 41(a)(1).  Doc

18   #41. Recaro Aircraft Seating is the only named defendant remaining

19   in this action; the other defendants are identified as DOE

20   defendants.  Accordingly, Recaro Aircraft Seating and the remaining

21   unnamed defendants are DISMISSED without prejudice.  The clerk is

22   directed to CLOSE the file and TERMINATE all motions.

23

24      SO ORDERED.

25                            _____

26                            VAUGHN R WALKER
                              United States District Chief Judge
27

28