IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BRACKENBURY and CHRISTOPHER BRACKENBURY,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., VIRGIN ATLANTIC AIRWAYS, LTD., DOE SEAT MANUFACTURER and DOES 1-100, inclusive<br><br>Defendants. | No. C 05-03873 WHA<br><br>**ORDER OF REFERRAL** |

This action appears to be one of several cases currently pending in the Northern District of California involving deep vein thrombosis, which have been designated for coordinated or consolidated pretrial proceedings by the Judicial Panel on Multidistrict Litigation. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Chief Judge Vaughn Walker for the purpose of determining whether it is related to *In re Deep Vein Thrombosis Litigation*, MDL Case No. 04-1606 VRW.

**IT IS SO ORDERED.**

Dated: September 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE