IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 04-1606 VRW |
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

04-4896  VRW

<u>Menditto v British Airways, Ltd</u>
                                           /

     On October 3, 2005, plaintiff filed an *ex parte* application for an order shortening time to hear plaintiff's motion for leave to file an amended complaint.  Doc #318 (04-1606). Plaintiff's application is DENIED.

     IT IS SO ORDERED.

                                      */s/ Vaughn R Walker*

                                      VAUGHN R WALKER

                                      United States District Chief Judge

United States District Court
For the Northern District of California