IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                      ORDER

This Document Relates To:

01-3444   VRW

<u>Rietschel v US Airways, Inc</u>
                                        /

On October 3, 2005, plaintiff filed an *ex parte* application for an order shortening time to hear plaintiff's motion for leave to file an amended complaint. Doc #320 (04-1606). Plaintiff's application is DENIED.

IT IS SO ORDERED.

                                          /s/ Vaughn R Walker
                                        _____
                                        VAUGHN R WALKER
                                        United States District Chief Judge