

E-Filing

| | |
|---|---|
| 1  John W. Shaw [State Bar No. 82802]<br>   Scott A. Freedman [State Bar No. 128740]<br>2  SHAW, TERHAR & LaMONTAGNE LLP<br>   707 Wilshire Boulevard, Suite 3060<br>3  Los Angeles, California 90017<br>   Telephone: (213) 614-0400<br>4  Facsimile: (213) 629-4534 | **FILED**<br><br>OCT 2 7 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  Attorneys for Defendant
6  COMMAND SECURITY CORPORATION dba
   AVIATION SAFEGUARDS (erroneously sued
   herein as AVIATION SAFEGUARDS and
7  COMMAND SECURITY CORPORATION)

8

9                UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO COURTHOUSE

11

| | |
|---|---|
| In re: DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No. 1606 VRW |
| | ~~[PROPOSED]~~ ORDER: |
| This documents relates to: | 1) THAT SETTLEMENT IS IN GOOD FAITH; |
| FAZILATUN NESSA, ABDUL KARIM SARKER, | 2) DISMISSING ALL PENDING CROSS-COMPLAINTS AGAINST COMMAND SECURITY CORPORATION dba AVIATION SAFEGUARDS; and |
| Plaintiffs, | |
| v. | 3) BARRING ALL FUTURE EQUITABLE INDEMNITY ACTIONS AGAINST COMMAND SECURITY CORPORATION dba AVIATION SAFEGUARDS |
| MALAYSIAN AIRLINE SYSTEM BERHAD, AVIATION SAFEGUARDS, COMMAND SECURITY CORPORATION, and THE BOEING COMPANY, | |
| | JUDGE: Hon. Vaughn R. Walker<br>Ctrm.: 6 |
| Defendants. | |
| Civil Action No. C 04-4861 VRW. | |

Pursuant to good cause being shown, it is ordered that the settlement between plaintiffs FAZILATUN NESSA and ABDUL KARIM SARKER and defendant COMMAND SECURITY CORPORATION dba AVIATION SAFEGUARDS (erroneously sued herein as AVIATION SAFEGUARDS and COMMAND SECURITY CORPORATION) was made and entered into in "good faith" within the meaning and affect

of the Code of Civil Procedure §877.6(a)(2).

IT IS ORDERED that the settlement between plaintiffs FAZILATUN NESSA and ABDUL KARIM SARKER and defendant COMMAND SECURITY CORPORATION dba AVIATION SAFEGUARDS was made and entered in "good faith" within the meaning and effect of California Code of Civil Procedure §877.6(a)(2).

IT IS FURTHER ORDERED that all actual and potential claims by any other plaintiff, defendant, cross-complainant, cross-defendant, intervener, lien holder, joint tortfeasor, co-obligor, or other actual or potential party against defendant COMMAND SECURITY CORPORATION dba AVIATION SAFEGUARDS for equitable comparative contribution, or partial, comparative or implied indemnity, are forever barred and that all such pending claims, including cross-complaints asserted in this action against defendant COMMAND SECURITY CORPORATION dba AVIATION SAFEGUARDS are hereby dismissed.

IT IS SO ORDERED.

DATED: _____, 2005

By: _____
HONORABLE VAUGHN R. WALKER
United States District Court Judge,
Northern District of California