MICHAEL S. DANKO, ESQ. (SBN 111359)
STEPHEN J. PURTILL, ESQ. (SBN 100102)
KRISTINE K. MEREDITH, ESQ. (SBN 158243)
O'REILLY, COLLINS & DANKO
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
(650) 358-5901 – telephone
(650) 358-2575 – facsimile
spurtill@oreillylaw.com–email
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: DEEP VEIN THROMBOSIS LITIGATION | MDL No. 1606 VRW |
|---|---|
| This Document Relates to: *All Warsaw Cases* | STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT OPPOSITION DECLARATIONS EX POST FACTO |

This stipulation is entered into by and between the Warsaw Case Plaintiffs represented by the law offices of O'Reilly, Collins & Danko, and the Warsaw Case Defendants by agreement through the Law Offices of Sara A. Simmons, by agreement of the Warsaw Case Defendants for this stipulation, with respect to the following:

1. The Warsaw plaintiffs' opposition to defendants' motion for summary judgment was due on October 31, 2005, pursuant to the Court's briefing schedule set on June 21, 2005;

- 1

STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME
TO FILE MOTION FOR SUMMARY JUDGMENT
OPPOSITION DECLARATIONS EX POST FACTO

2.   Plaintiffs' attorney's were unable to file certain declarations and/or exhibits as set forth at page 13, line 15 through page 14, line 20, in the Warsaw Defendants' Objection to Plaintiffs' "Evidence" Proffered In Opposition to Motions for Summary Judgment filed with the Court on November 15, 2005.

3.   The declarations and/or exhibits instead were filed on or about November 1, 2005, as a result of mistake, inadvertence or excusable neglect.

4.   The parties further stipulate that the Court may extend, ex post facto, plaintiffs' time to have filed the above-referenced declaration, and/or exhibits to and including November 1, 2005.

STIPULATED AND AGREED TO:

O'REILLY COLLINS & DANKO

Dated: 11/22/05   By: _____
Stephen J. Purtill, Esq.
Attorney for Plaintiffs

///
///
///
///

LAW OFFICES OF
O'REILLY, DANKO & YAMANE
A PROFESSIONAL CORPORATION
1000 S. EL CAMINO STREET, SUITE 100
SAN MATEO CA 94403
TELEPHONE (650) 551-5900

STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME
TO FILE MOTION FOR SUMMARY JUDGMENT
OPPOSITION DECLARATIONS EX POST FACTO

- 2

LAW OFFICES OF SARA A. SIMMONS

Dated: 11/22/05     By _____
Sara A. Simmons, Esq.
Attorneys for Defendant ALASKA AIRLINES, INC., in accordance with General Order No. 45, Ms. Simmons represents that she has been authorized by counsel representing the following defendants to enter this stipulation on behalf of the Warsaw Defendants: American Airlines, Inc., Spirit Airlines, Inc., Continental Airlines, Inc., United Air Lines, Inc., UAL Corporation, Miami Air International, Inc., Skywest Airlines, Inc., US Airways, Inc., Societe Air France, Air New Zealand Ltd., British Airways Plc, El Al Israel Airlines, Japan Air Lines, Ltd, KLM Royal Dutch Airlines, Lufthansa German Airlines, Qantas Airways Limited, Singapore Airlines Limited, South African Airways and Virgin Atlantic Airways.

ORDER

IT IS SO ORDERED.

Dated: November 29, 2005   By 
Judge Vaughn R Walker
United States District Court

STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT OPPOSITION DECLARATIONS EX POST FACTO

3