United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE:                        MDL Docket No 04-1606 VRW

12   DEEP VEIN THROMBOSIS                    ORDER
     LITIGATION
13

14

15   This Document Relates To:

     ALL WARSAW CASES
16   _____/

17

18

19        In addition to all other matters pertinent to the motions

20   noticed for hearing on December 8, 2005, the parties should be

21   prepared to address the following:

22

23        (1)  What is the precise rationale of the High Court of

24             Australia's holding in Povey v Qantas Airways Ltd?;

25

26        (2)  In the absence of an industry-wide practice of warning

27             passengers of the risk of DVT, what are the implications

28             of allowing claims against individual airlines that

1    adopted a policy of warning passengers of the risk of DVT

2    while disallowing claims against individual airlines that

3    did not adopt such a policy?; and

4

5    (3)   Which, if any, of the Warsaw defendants are not regulated

6          by the Federal Aviation Administration?

7

8

9    IT IS SO ORDERED.

10

11    _____

12    VAUGHN R WALKER

13    United States District Chief Judge

United States District Court

For the Northern District of California

2