1  Rod D. Margo (State Bar No.: 97706)
   Kevin R. Sutherland (State Bar No.: 163746)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299

5  Attorneys for Defendant
   MALAYSIAN AIRLINE SYSTEM BERHAD
6
   John W. Shaw (State Bar No.: 82802)
7  Scott A. Freedman (State Bar No.: 128740)
   SHAW, TERHAR & LaMONTAGNE LLP
8  707 Wilshire Boulevard, Suite 3060
   Los Angeles, California 90017
9  Telephone: (213) 614-0400
   Facsimile: (213) 629-4534
10
   Attorneys for Defendant
11 COMMAND SECURITY CORPORATION
   dba AVIATION SAFEGUARDS
12
   Tariq S. Hasan (State Bar No,: 221887)
13 HASAN & ASSOCIATES
   612 S. Flower Street, Suite 726
14 Los Angeles, California 90017
   Telephone: (213) 943-4747
15 Facsimile: (213) 559-0682

16 Attorneys for Plaintiffs
   FAZILATUN NESSA and KARIM SARKER
17

18              UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
20

21 IN RE:                                  ) MDL Docket No. 1606 VRW
                                           )
22 DEEP VEIN THROMBOSIS                    ) STIPULATION DEEMING
   LITIGATION                              ) SETTLEMENT BETWEEN
                                           ) MALAYSIAN AIRLINE SYSTEM
23 This Document Relates To:               ) BERHAD AND PLAINTIFF A
                                           ) GOOD FAITH SETTLEMENT
24                                         ) PURSUANT TO CALIFORNIA
   Nessa v. Malaysian Airline System       ) CODE OF CIVIL PROCEDURE §
25 Berhad, et. al                          ) 877.6; ORDER [PROPOSED]
   Civil Action No. C 04-4861 VRW          )
26                                         )
                                           )
27

28

Plaintiffs Fazilatun Nessa and Abdul Karim Sarker ("plaintiffs"), Defendant Malaysian Airline System Berhad ("MAS"), and Defendant Command Security Corporation dba Aviation Safeguards ("CSC"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, plaintiffs and CSC entered into a settlement of plaintiffs' claims against CSC for the sum of One Hundred Fifteen Thousand Dollars ($115,000) and, on June 6, 2005, filed a motion for determination that the settlement was in "good faith" within the meaning of California Code of Civil Procedure § 877.6;

WHEREAS, on October 27, 2005, this Court issued an order finding that the settlement between plaintiffs and CSC was made and entered into in "good faith" within the meaning of the California Code of Civil Procedure § 877.6;

WHEREAS, plaintiffs and MAS have now reached a settlement for the sum of One Hundred Fifteen Thousand Dollars ($115,000), conditioned upon the Court's determination that the settlement between plaintiffs and MAS is a good faith settlement under California Code of Civil Procedure § 877.6;

WHEREAS, MAS is settling with plaintiffs for the same amount as CSC had previously settled with plaintiffs, which the Court found to be a "good faith" settlement under California Code of Civil Procedure § 877.6;

IT IS THEREFORE STIPULATED that: (1) the settlement of $115,000 between plaintiffs and MAS is in the range of MAS's potential liability to plaintiffs in this case and, therefore, has been made in "good faith" pursuant to California Code of Civil Procedure § 877.6 and the case law interpreting § 877.6; and (2) that any and all actual and potential claims by any other person, entity, plaintiff, defendant, cross-complainant, cross-defendant, intervenor, lien holder, joint tortfeasor, co-obligor, or other actual or potential party against MAS, and/or its predecessors, successors, assigns, or representatives, for equitable comparative

-2-

STIPULATION DEEMING SETTLEMENT BETWEEN
MALAYSIAN AIRLINE SYSTEM BERHAD AND
PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1606 VRW

1  contribution, or partial, comparative or implied indemnity are forever barred.

2  IT IS SO STIPULATED.

5  DATED: November___, 2005          HASAN & ASSOCIATES

7  By:_____
8  TARIQ S. HASAN
   Attorneys for Plaintiffs
9  FAZILATUN NESSA and
10 ABDUL KARIM SARKER

11 DATED: November 30, 2005          SHAW, TERHAR & LaMONTAGNE LLP

13 By:_____
14 JOHN W. SHAW
   SCOTT A. FREEDMAN
15 Attorneys for Defendant
16 COMMAND SECURITY
   CORPORATION dba AVIATION
17 SAFEGUARDS

19 DATED: November 30, 2005          CONDON & FORSYTH LLP

21 By:_____
22 ROD D. MARGO
   KEVIN R. SUTHERLAND
23 Attorneys for Defendant
   MALAYSIAN AIRLINE SYSTEM
24 BERHAD

*Side margin:* CONDON & FORSYTH LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010, Telephone: (310) 557-2030

-3-

STIPULATION DEEMING SETTLEMENT BETWEEN MALAYSIAN AIRLINE SYSTEM BERHAD AND PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1606 VRW

1 | contribution, or partial, comparative or implied indemnity are forever barred.

2 | IT IS SO STIPULATED.

5 | DATED: November 21, 2005          HASAN & ASSOCIATES

7 | By: _____
8 | TARIQ S. HASAN
   | Attorneys for Plaintiffs
9 | FAZILATUN NESSA and
10 | ABDUL KARIM SARKER

11 | DATED: November___, 2005          SHAW, TERHAR & LaMONTAGNE LLP

13 | By:_____
14 | JOHN W. SHAW
   | SCOTT A. FREEDMAN
15 | Attorneys for Defendant
   | COMMAND SECURITY
16 | CORPORATION dba AVIATION
17 | SAFEGUARDS

19 | DATED: November___, 2005          CONDON & FORSYTH LLP

21 | By:_____
   | ROD D. MARGO
22 | KEVIN R. SUTHERLAND
   | Attorneys for Defendant
23 | MALAYSIAN AIRLINE SYSTEM
24 | BERHAD

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

STIPULATION DEEMING SETTLEMENT BETWEEN
MALAYSIAN AIRLINE SYSTEM BERHAD AND
PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1606 VRW

# [PROPOSED] ORDER

IT IS ORDERED that the settlement between plaintiffs Fazilatun Nessa and Abdul Karim Sarker and defendant Malaysian Airline System Berhad, in the amount of $115,000, is made and entered into in good faith within the meaning of California Code of Civil Procedure § 877.6.

IT IS FURTHER ORDERED that all actual and potential claims by any other person, entity, plaintiff, defendant, cross-complainant, cross-defendant, intervener, lien holder, joint tortfeasor, co-obligor, or other actual or potential party against defendant Malaysian Airline System Berhad, and/or its predecessors, successors, assigns, or representatives, for equitable comparative contribution, or partial, comparative or implied indemnity are forever barred.

IT IS SO ORDERED.

DATED:_____, 2005

Dated: February 7, 2006



_____
HONORABLE VAUGHN R WALKER
Chief Judge, U.S. District Court
Northern District of California

-4-

STIPULATION DEEMING SETTLEMENT BETWEEN
MALAYSIAN AIRLINE SYSTEM BERHAD AND
PLAINTIFF A GOOD FAITH SETTLEMENT
MDL Docket No. 1606 VRW

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030