IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No C 04-1606 VRW |
| | ORDER |

This Document Relates To:

ALL WARSAW CASES

_____/

      The court invites briefing from the parties regarding the Ninth Circuit's recent opinion in <u>Caman v Continental Airlines, Inc</u>, No 03-56810, ___ F3d ___, 2006 WL 2136623 (9th Cir Aug 2, 2006). Briefing shall not exceed five pages and shall be filed on or before August 16, 2006.

      SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge