IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |
| _____/ | |

The court notes the following corrections to the order of August 18, 2006, Doc #467, granting certain airline defendants' motions for summary judgment:

- In the caption, "05-2592" should be deleted and replaced with "05-2952".
- At page 21, line 3, "or the process embarking or disembarking" should be deleted and replaced with "or the process of embarking or disembarking".

//
//
//
//
//
//
//

1     The court will file forthwith a corrected order which
2 shall supersede the order of August 18, 2006.

4     SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge