```
 1 | Gerald C. Sterns (CSB No. 029976)
   | Brenda D. Posada (CSB No. 152480)
 2 | Sterns & Walker
 3 | 901 Clay Street
   | Oakland, CA  94607
 4 | Telephone:  (510) 267-0500
   | Facsimile:   (510) 267-0506
 5 |
 6 | Attorney for Plaintiffs
   | ERNEST-WILHELM RIETSCHEL
 7 |
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | MDL Docket No. 04-1606 VRW |
|---|---|
| DEEP VEIN THROMBOSIS LITIGATION | STIPULATED REQUEST FOR ORDER ENLARGING TIME FOR TAKING OF DEPOSITION OF PLAINTIFF RIETSCHEL; (~~PROPOSED~~) ORDER (Per Civil L.R. 6-2) |
| This Document Relates To: | |
| RIETSCHEL V. U.S.AIRWAYS,INC., Case No. C 01-3444 VRW | |

THIS STIPULATION IS HEREBY entered into between plaintiff, Ernst-Wilhelm Rietschel, by and through his counsel of record, Sterns & Walker, and Defendant, US Airways, by and through its counsel of record, Kenney & Markowitz, L.L.P.

///

///

///

///

STIPULATED REQUEST FOR ORDER ENLARGING TIME

    Plaintiff requests an order changing the deadline fixed by the Honorable Chief Judge Vaughn R. Walker in an order dated October 24, 2006, for the taking of depositions, extending said deadline from December 31, 2006, to January 15, 2007, for the reasons set forth in the accompanying declaration of Brenda Posada.

Dated: November 15, 2006

GERALD C. STERNS
BRENDA D. POSADA
STERNS & WALKER

By: /s/ Brenda Posada
Brenda D. Posada
Attorneys for Plaintiff
ERNST-WILHELM RIETSCHEL

Dated: November 15, 2006

STEPHEN C. KENNEY
SAMANTHA D. HILTON
KENNEY & MARKOWITZ, L.L.P.

By: /s/
Samantha D. Hilton
Attorneys for Defendant
U. S. AIRWAYS, INC.

[~~PROPOSED~~] ORDER

IT SO ORDERED.

    That the deadline for the taking of depositions in the above captioned matter is hereby extended to January 15, 2007, or _____, as the Court deems appropriate.

Date: November 21, 2006

GRANTED
/s/ Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATED REQUEST FOR ORDER ENLARGING TIME