IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |
| This Document Relates To: | |
| WARSAW CASE | |
| 04-3831 | |

    Plaintiff Frank Richelet was ordered to SHOW CAUSE why default judgment for the defendants should not be entered. Doc #528. After reviewing plaintiff's explanation, docs ##533, 534, 535, the court VACATES its order to show cause as it pertains to <u>Richelet v Lufthansa German Airlines, et al</u>, 04-cv-3831. Plaintiff is directed to file his proposed statement of non-opposition. Doc #535 Ex A.

    IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge