IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |
| This Document Relates To: | |
| WARSAW CASE | |
| 04-4860 | |
| _____/ | |

  Defendant Delta Airlines, Inc filed a motion for partial summary judgment on November 3, 2006.  Doc #520 (04-1606).  The consolidated motion sought partial summary judgment in eight individual cases, including <u>Bianchetti, et al v Delta Airlines, Inc</u>, 04-cv-4860.  The court issued an order granting partial summary judgment for Delta Airlines on December 4, 2006.  Doc #528 (04-1606).  Both defendant's motion and the court's order were filed in the consolidated multi-district litigation (MDL) docket, M:04-cv-1606 VRW.  But the <u>Bianchetti</u> case was never added to the MDL docket.  Accordingly, there is no evidence that the <u>Bianchetti</u> plaintiffs received notice of either defendant's motion for partial summary judgment or the court's order granting partial summary judgment.

The court shall, therefore, SET ASIDE its December 4, 2006, order as it pertains to <u>Bianchetti, et al v Delta Airlines, Inc</u>, 04-cv-4860.  The clerk is directed to add <u>Bianchetti</u> to the MDL docket, M:04-cv-1606.  Defendant shall refile its motion for partial summary judgment in both the MDL docket (04-cv-1606) and the <u>Bianchetti</u> docket (04-cv-4860).  Defendant shall also provide the court with proof that the <u>Bianchetti</u> plaintiffs were properly served.

     IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge