| | |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737) |
| | Richard A. Lazenby (State Bar No.: 202105) |
| 2 | CONDON & FORSYTH LLP |
| | 1901 Avenue of the Stars, Suite 850 |
| 3 | Los Angeles, California 90067-6010 |
| | Telephone: (310) 557-2030 |
| 4 | Facsimile: (310) 557-1299 |
| 5 | Attorneys for Defendant |
| | NORTHWEST AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DEEP VEIN THROMBOSIS LITIGATION | Case No. MDL No. 04-1606 VRW |
| | STIPULATION AND [PROPOSED] ORDER FOR JUDGMENT |
| This Document Relates to: | |
| *Kamil Matyska v. KLM Royal Dutch Airlines*, Case No. C03-4102 VRW | |

Pursuant to Local Rules 7-11 and 7-12, defendant Northwest Airlines, Inc. ("Northwest"), by and through its attorneys, Condon & Forsyth LLP, and plaintiff Kamil Matyska, by and through his attorneys, O'Reilly & Danko, hereby stipulate as follows:

1. Plaintiff's complaint alleges a claim for relief against Northwest for treaty liability arising under the provisions of the Convention for the Unification of Certain Rules Relating to International Carriage, 49 U.S.C. § 1502, et seq. ("Warsaw Convention"). Plaintiff alleges that Northwest's alleged failure to warn of the risks of DVT constituted an "accident" under the Warsaw Convention.

2. On September 30, 2005, certain air carrier defendants filed their motions for summary judgment on the issue of whether a failure to warn can

1 constitute an accident under Article 17 of the Warsaw Convention.

2     3. On August 18, 2006, this Court granted defendants' motions for
3 summary judgment. The bases for the Court's decision are set forth in the Court's
4 Amended Order filed on August 21, 2006.

5     4. Defendant Northwest did not file a motion for summary judgment in
6 the above captioned action, because claims against Northwest were subject to the
7 automatic stay provisions of 11 U.S.C. § 362. Since the filing of the motions,
8 plaintiff Kamil Matyska obtained relief from the automatic stay. (*See* Stipulation to
9 Lift Automatic Stay filed on August 29, 2006, MDL 04-1606, docket no. 473).

10     5. Plaintiffs in other actions against Northwest also have obtained relief
11 from the automatic stay. Where relief from the automatic stay provisions has been
12 obtained in the cases governed by the Warsaw Convention, this Court has entered
13 judgment in favor of Northwest for the reasons set forth in the Court's Amended
14 Order filed on August 21, 2006. (*See* Order filed on September 21, 2006, MDL 04-
15 1606, docket no. 510.)

16     6. Northwest and plaintiff Kamil Matyska agree that the issue(s) of law
17 presented in the previously filed air carrier defendants' motions for summary are
18 identical to the issues against Northwest in this action.

19     7. Northwest and plaintiff Kamil Matyska agree that the same reasoning
20 and findings in this Court's Amended Order, filed on August 21, 2006, will control
21 the disposition of this action as to Northwest.

22     8. Northwest and plaintiff Kamil Matyska agree to be bound by this
23 Court's Amended Order filed on August 21, 2006, granting summary judgment in
24 favor of the air carrier defendants. Northwest and plaintiff Kamil Matyska further
25 agree to be bound by any final decision of the Ninth Circuit Court of Appeals and
26 the United States Supreme Court, from any appeal from this Court's Amended
27 Order filed on August 21, 2006.

28 //

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

STIPULATION AND [PROPOSED] ORDER FOR JUDGMENT

9. Northwest and plaintiff Kamil Matyska agree that this Stipulation does not limit or waive any appellate rights any party possesses.

IT IS SO STIPULATED.

Dated: January 5, 2007      O'REILLY & DANKO

By: _____
MICHAEL S. DANKO
STEPHEN J. PURTILL
KRISTINE K. MEREDITH
Attorneys for Plaintiff
KAMIL MATYSKA

Dated: January 8, 2007      CONDON & FORSYTH LLP

By: _____
JENNIFER J. JOHNSTON
RICHARD A. LAZENBY
Attorneys for Defendant
NORTHWEST AIRLINES, INC.



IT IS SO ORDERED
Judge Vaughn R Walker

-3-