1  GERALD C. STERNS  (Bar No. 029976)
   BRENDA D. POSADA (Bar No. 152480)
2  STERNS & WALKER
3  901 Clay Street
   Oakland, CA  94607
4  Telephone:  (510) 267-0500
   Facsimile:  (510) 267-0506
5
6  Attorney for Plaintiffs, Braha, Dabulis, Halterman, Menditto
   And Rietschel
7
8                IN THE UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10 IN RE:                          ) **MDL Docket No. 04-1606**
                                   )
11 DEEP VEIN THROMBOSIS LITIGATION )
                                   ) **STIPULATION TO CONTINUE**
12 This Document Relates To:       ) **FURTHER CASE MANAGEMENT**
                                   ) **CONFERENCE**
13 *Braha v. Delta Air Lines Inc., No. 05-01544*  )
   *Dabulis v. Singapore Airlines, Inc.  No. 03-1929*  )
14 *Halterman v. Delta Air Lines, Inc., No. 04-03953*  )
   *Menditto v. British. Airways, Plc., No. 04-04896*  )
15 *Rietschel v. US Airways, Inc. No. 01 3444*  )
   *Phillips v. Continental Airlines, Inc. No. 04-4700*  )
16 *Bianchetti v. Delta Air Lines No. 04-4860*  )
17
   **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**
18
19      All counsel hereby stipulate to continue the currently scheduled Further Case Management
                                        May 1, 2007
20 Conference of March 15, 2007 at 2:00 p.m. to ~~April 24, 2007~~ at 9:00 a.m.
21 Dated:  March 6, 2007                  Respectfully submitted,
22                                        STERNS & WALKER
23
                                         By: _____
24                                            Brenda D. Posada
25                                            Gerald C. Sterns
                                              Attorneys for Plaintiffs
26                                            Braha, Dabulis, Halterman, Menditto
                                              And Rietschel
27                                            901 Clay Street
                                              Oakland, CA 94607
28

                                         1

1

2          BYRD DAVIS FURMAN, L.L.P.

3    Dated  3.7.07          By: _____
                                 James H. Furman
4                                Attorneys for Plaintiff Phillips
                                 707 W. 34th Street
5                                Austin, TX 78705

6                            CODDINGTON, HICKS & DANFORTH

7

8    Dated: _____   By: _____
9                                 Richard Grotch
                                  Attorneys for Defendant
10                                Delta Airlines, Inc.
                                  555 Twin Dolphin Drive, Suite 300
11                                Redwood City, CA 94065-2133

12                           CLYDE & CO. US LLP

13

14   Dated: _____   By: _____
15                                Kevin Sutherland
                                  Attorneys for Defendant
16                                British Airways, PLC
                                  6303 Owensmouth Avenue, 10th Floor
17                                Woodland Hills, California 91367

18                           WORTHE, HANSON & WORTHE

19

20   Dated: _____   By: _____
21                                Jeffrey Worth
                                  Attorneys for Defendant
22                                Skywest, Inc.
                                  1851 East First St., 9th Floor
23                                Santa Ana, CA 92705

24

25   ///

26   ///

27   ///

28

                                     2
         STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

CONDON & FORSYTH

BYRD DAVIS FURMAN, L.L.P.

Dated _____

By: _____
    James H. Furman
    Attorneys for Plaintiff Phillips
    707 W. 34th Street
    Austin, TX  78705

CODDINGTON, HICKS & DANFORTH

Dated: _March 6, 2007_

By: _____
    Richard Grotch
    Attorneys for Defendant
    Delta Airlines, Inc.
    555 Twin Dolphin Drive, Suite 300
    Redwood City, CA 94065-2133

CLYDE & CO US LLP

Dated: _____

By: _____
    Kevin Sutherland
    Attorneys for Defendant
    Qantas Airways, Limited and
    British Airways, PLC
    6303 Owensmouth Avenue, 10th Floor
    Woodland Hills, California 91367

WORTHE, HANSON & WORTHE

Dated: _____

By: _____
    Jeffrey Worth
    Attorneys for Defendant
    Skywest, Inc.
    1851 East First St., 9th Floor
    Santa Ana, CA  92705

///
///
///

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

BYRD DAVIS FURMAN, L.L.P.

Dated _____

By: _____
    James H. Furman
    Attorneys for Plaintiff Phillips
    707 W. 34th Street
    Austin, TX 78705

CODDINGTON, HICKS & DANFORTH

Dated: _____

By: _____
    Richard Grotch
    Attorneys for Defendant
    Delta Airlines, Inc.
    555 Twin Dolphin Drive, Suite 300
    Redwood City, CA 94065-2133

CLYDE & CO. US LLP

Dated: March 8, 2007

By: _Kevin R Sutherland_
    Kevin Sutherland
    Attorneys for Defendant
    British Airways, PLC
    6303 Owensmouth Avenue, 10th Floor
    Woodland Hills, California 91367

WORTHE, HANSON & WORTHE

Dated: _____

By: _____
    Jeffrey Worth
    Attorneys for Defendant
    Skywest, Inc.
    1851 East First St., 9th Floor
    Santa Ana, CA 92705

///

///

///

CONDON & FORSYTH

2

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

BYRD DAVIS FURMAN, L.L.P.

Dated _____

By: _____
      James H. Furman
      Attorneys for Plaintiff Phillips
      707 W. 34th Street
      Austin, TX  78705

CODDINGTON, HICKS & DANFORTH

Dated: _____

By: _____
      Richard Grotch
      Attorneys for Defendant
      Delta Airlines, Inc.
      555 Twin Dolphin Drive, Suite 300
      Redwood City, CA 94065-2133

CLYDE & CO US LLP

Dated: _____

By: _____
      Kevin Sutherland
      Attorneys for Defendant
      Qantas Airways, Limited and
      British Airways, PLC
      6303 Owensmouth Avenue, 10th Floor
      Woodland Hills, California 91367

WORTHE, HANSON & WORTHE

Dated: 3/6/07

By: _____
      Jeffrey Worthe
      Attorneys for Defendant
      Skywest, Inc.
      1851 East First St., 9th Floor
      Santa Ana, CA  92705

///
///
///

2
STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

1

2  Dated: MARCH 6, 2007

CONDON & FORSYTH

By: _____
    Scott Cunningham,
    Attorneys for Defendant
    Singapore Airlines, Inc. & Qantas
    1901 Avenue of the Stars, Suite 850
    Los Angeles, CA 90067-6010

3

4

5

6

7  KENNEY & MARKOWITZ, LLP

8  Dated: _____    By: _____
                                Stephen C. Kenney
9                               Samantha D. Hilton
                                Attorneys for Defendant US Airways, Inc.
10                              255 California Street, Suite 1300
                                San Francisco, CA 94111
11

12  LAW OFFICES OF A. CRAIG EILAND

13  Dated: _____    By: _____
                                A. Craig Eiland
14                              Attorneys for Plaintiffs Bianchetti

15

16  FULBRIGHT & JAWORSKI, L.L.P.

17  Dated: _____    By: _____
                                Rachel Clingman
18                              William J. Boyce
                                Attorneys for Defendant
19                              Continental Airline, Inc.

20

21  **ORDER**

22  IT IS SO ORDERED.

23  The Further Case Management Conference set for March 15, 2007 at 2:00 p.m. is

24
   continued to April 24, 2007 at 9:00 a.m.
25

26

27  DATED: _____    _____

28                             Honorable Vaughn R. Walker
                               U.S. District Court

**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

Dated: _____          By: _____

                                          Scott Cunningham,
                                          Attorneys for Defendant
                                          Singapore Airlines, Inc.
                                          and Qantas Airways, Limited
                                          1901 Avenue of the Stars, Suite 850
                                          Los Angeles, CA  90067-6010

                                    KENNEY & MARKOWITZ, LLP

Dated: _3-7-07_____          By: _____

                                          Stephen C. Kenney
                                          Samantha D. Hilton
                                          Attorneys for Defendant US Airways, Inc.
                                          255 California Street, Suite 1300
                                          San Francisco, CA  94111

                                    LAW OFFICES OF A. CRAIG EILAND

Dated: _____          By: _____

                                          A. Craig Eiland
                                          Attorneys for Plaintiffs Bianchetti

                                    FULBRIGHT & JAWORSKI, L.L.P.

Dated: _____          By: _____

                                          Rachel Clingman
                                          William J. Boyce
                                          Attorneys for Defendant
                                          Continental Airline, Inc.


## ORDER

IT IS SO ORDERED.

The Further Case Management Conference set for March 15, 2007 at 2:00 p.m. is

continued to April 24, 2007 at 9:00 a.m.


DATED: _____          _____

                                Honorable Vaughn R. Walker
                                U.S. District Court

3
**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

1                             CONDON & FORSYTH

2  Dated: _____       By:_____

3                              Scott Cunningham,
                              Attorneys for Defendant
4                              Singapore Airlines, Inc.
                              1901 Avenue of the Stars, Suite 850
5                              Los Angeles, CA 90067-6010

6

7                            KENNEY & MARKOWITZ, LLP

8  Dated: _____       By: _____

9                              Stephen C. Kenney
                              Samantha D. Hilton
10                             Attorneys for Defendant US Airways, Inc.
                              255 California Street, Suite 1300
11                             San Francisco, CA 94111

12                          LAW OFFICES OF A. CRAIG EILAND

13  Dated: 3 / 6 / 07          By: _____
14                             A. Craig Eiland
                              Attorneys for Plaintiffs Bianchetti

15

16                          FULBRIGHT & JAWORSKI, L.L.P.

17  Dated: _____       By: _____
18                              Rachel Clingman
                              William J. Boyce
19                             Attorneys for Defendant
                              Continental Airline, Inc.

20

21                             **ORDER**

22     IT IS SO ORDERED.

23     The Further Case Management Conference set for March 15, 2007 at 2:00 p.m. is

24  continued to April 24, 2007 at 9:00 a.m.
25

26

27  DATED: _____      _____
28                              Honorable Vaughn R. Walker
                            U.S. District Court

**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

CONDON & FORSYTH

Dated: _____          By: _____
                                        Scott Cunningham,
                                        Attorneys for Defendant
                                        Singapore Airlines, Inc.
                                        1901 Avenue of the Stars, Suite 850
                                        Los Angeles, CA  90067-6010

KENNEY & MARKOWITZ, LLP

Dated: _____          By: _____
                                        Stephen C. Kenney
                                        Samantha D. Hilton
                                        Attorneys for Defendant US Airways, Inc.
                                        255 California Street, Suite 1300
                                        San Francisco, CA  94111

LAW OFFICES OF A. CRAIG EILAND

Dated: _____          By: _____
                                        A. Craig Eiland
                                        Attorneys for Plaintiffs Bianchetti

FULBRIGHT & JAWORSKI, L.L.P.

Dated: 3/6/07                     By: _Bill Boyce_____
                                        Rachel Clingman
                                        William J. Boyce
                                        Attorneys for Defendant
                                        Continental Airline, Inc.

## ORDER

IT IS SO ORDERED.

The Further Case Management Conference set for March 15, 2007 at 2:00 p.m. is
continued to ~~April 24, 2007~~ May 1, 2007 at 9:00 a.m.

DATED: 3/12/2007

Honorab___
U.S. Dist___

*IT IS SO ORDERED AS MODIFIED*

*United States District Court — Northern District of California — Judge Vaughn R Walker*

STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE