GERALD C. STERNS (Bar No. 029976)
BRENDA D. POSADA (Bar No. 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>DEEP VEIN THROMBOSIS LITIGATION<br><br><br>This Document Relates To:<br><br>*Halterman v Delta Airlines, Inc.*<br>Case No.: 3:04 CV 03953 | **MDL Docket No. 04-1606**<br><br><br><br>**RULE 41 STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff Gregory A. Halterman, hereby stipulate to the dismissal of Skywest Airlines, Inc. only this action with prejudice. Each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

//

-1-
**Stipulation for Dismissal**

Dated: May 8, 2007         STERNS & WALKER

By: _____
Brenda D. Posada
Attorneys for Gregory A. Halterman
Plaintiff

Dated: May 11, 2007        WORTHE, HANSON & WORTHE

By: _____
Jeffrey A. Worthe
Attorney for Skywest Airlines, Inc.
Defendant

[PROPOSED] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL

Upon Stipulation of the parties filed and duly considered by the Court, and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the Rule 41 Stipulation for Dismissal be granted.

Dated: 6/7/2007



Judge, United States District Court
Northern District of California

IT IS SO ORDERED
Judge Vaughn R Walker

-2-
Stipulation for Dismissal