GERALD C. STERNS (Bar No. 029976)
BRENDA D. POSADA (Bar No. 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Attorney for Plaintiff

Richard G. Grotch, Esq. (Bar No. 127713)
CODDINGTON, HICKS & DANFORTH
A Professional Corporation
555 Twin Dolphin Drive, Suite 300
Redwood City, CA
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates To:<br><br>*Halterman v Delta Airlines, Inc.*<br>Case No.: 3:04 CV 03953 | MDL Docket No. 04-1606<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL OF<br>DEFENDANT DELTA AIR LINES,<br>INC. ONLY [FRCP 41] |

IT IS HEREBY STIPULATED, by and between plaintiff GREG HALTERMAN and defendant DELTA AIR LINES, INC., by and through their respective counsel, that this action shall be dismissed with prejudice, as against defendant DELTA AIR LINES, INC. *only*. It is further stipulated that each

//

//

1  side shall bear his or its own attorneys fees and costs of suit.

2      SO STIPULATED.

5  Dated: May 17, 2007      STERNS & WALKER

7  By: _____
8      Brenda D. Posada
    Attorneys for Gregory A. Halterman
9      Plaintiff

11 Dated: May 17, 2007      CODDINGTON, HICKS & DANFORTH

13 By: _____
14     Richard G. Grotch
    Attorney for Delta Air Lines, Inc.
15     Defendant

19                       ORDER

21     The Court, having reviewed the foregoing stipulation,

22     IT IS HEREBY ORDERED that this action shall be dismissed with prejudice against defendant DELTA AIR LINES, INC. *only*. Each side shall bear his or its own attorneys fees and costs of suit

25     SO ORDERED.

26 Dated: 6/7/2007

    _____
    Honorable Vaughn R Walker
    Northern District of California

**IT IS SO ORDERED**
Judge Vaughn R Walker

-2-
Stipulation for Dismissal