1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   In re DEEP VEIN THROMBOSIS            MDL Docket No 04-1606 VRW
     LITIGATION
12                                                   ORDER

13   This Document Relates To:

14   Dabulis v Singapore Airlines,
     Inc, No 03-1929
15
     Richelet v Lufthansa German
16   Airlines, No 04-3831

17   Rietchel v US Airways, Inc, No
     01-3444
18
     Braha v Delta Airlines, Inc, No
19   05-1544

20   Bianchetti v Delta Airlines, Inc,
     No 04-4860
21
     Vincent v American Airlines, Inc,
22   No 07-1604
     _____/
23

24           The court is in receipt of a letter dated August 6, 2007

25   from counsel for plaintiffs in Vincent v American Airlines, Inc

26   (07-1604) and Braha v Delta Airlines, Inc (05-1544).  Counsel

27   requests a telephonic conference to discuss the scope of

28   permissible discovery.  Counsel represents that she needs "to

United States District Court
For the Northern District of California

conduct said discovery before the hearing of summary judgment
motions."  Counsel's request for a discovery conference is DENIED.
To the extent plaintiffs believe that additional discovery is
necessary, plaintiffs are to make a request pursuant to FRCP 56(f).
This order applies to all cases that remain in MDL 1606.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

**United States District Court**
For the Northern District of California

**2**