IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| This Document Relates To: | ORDER |
| Medeiros v Continental Airlines, Inc, No 06-4293 | |

The court is in receipt of defendant Continental Airline, Inc's motion for administrative relief, Doc #659, requesting that the court dismiss Continental from this action with prejudice for the reasons set forth in the court's March 11, 2005 order dismissing, as preempted, all non-Warsaw claims against airline defendants.  See Doc #151.  Plaintiff is ordered to show cause on or before August 27, 2007 why judgment should not be entered for defendants, consistent with the disposition of the other non-Warsaw cases, for reasons detailed in the March 11, 2005 order.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge