Rod D. Margo (State Bar No.: 97706)
rmargo@condonlaw.com
Scott D. Cunningham (State Bar No.: 200413)
scunningham@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES

RECEIVED
SEP 21 2007
CONDON & FORSYTH LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCK RICHELET, | CASE NO. C 04-03831 VRW |
| Plaintiff, | **STIPULATION OF DISMISSAL;** [PROPOSED] **ORDER** |
| vs. | |
| LUFTHANSA GERMAN AIRLINES, AIRBUS S.A.S., AIRBUS INDUSTRIE OF NORTH AMERICA HOLDINGS, INC. and DOES 1-5, | |
| Defendants. | |

Plaintiff Franck Richelet and Defendant Lufthansa German Airlines, through their respective attorneys of record, hereby request that the above referenced action be, and hereby is, dismissed with prejudice pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure; with all parties to bear their own costs.

Dated: September 21, 2007

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
SCOTT D. CUNNINGHAM
Attorneys for Defendant
LUFTHANSA GERMAN AIRLINES

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. C 04-03831 VRW

<div style="margin-left: 2em;">

Dated: September 20, 2007

O'REILLY & DANKO

By: _____
MICHAEL S. DANKO
STEPHEN J. PURTILL
Attorneys for Plaintiff
FRANCK RICHELET

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. C 04-03831, is hereby dismissed with prejudice in its entirety.

Dated: October 31, 2007

Honorable Vaughn R. Walker
Chief Judge, United States District Court

IT IS SO ORDERED
Judge Vaughn R Walker

</div>

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. C 04-03831 VRW