
1  Gerald C. Sterns (Bar No. 29976)
   Brenda D. Posada (Bar No. 152480)
2  STERNS & WALKER
3  901 Clay Street
   Oakland, CA  94607
4  Telephone:  (510) 267-0500
   Facsimile:   (510) 267-0506
5

6  **Attorney for Plaintiffs**
   Bell, VanArsdale, English & Hind
7
   Richard G. Grotch (Bar No. 127713)
8  CODDINGTON, HICKS & DANFORTH
   555 Twin Dolphin Drive, Suite 300
9  Redwood Shores
10 Redwood City, CA  94065

11 **Attorneys for Defendants**
   Southwest Airlines Co.
12
   Clem C. Trischler (Pa. Bar No. 52957)
13 PIETRAGALLO, BOSICK & GORDON
   One Oxford Centre, 38th Floor
14 Pittsburgh, PA  15219
15
   **Attorneys for Defendant**
16 US Airways

17                 UNITED STATES DISTRICT COURT
18
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
19

20 IN RE:                                )   MDL Docket No.: 04-1606 VRW
                                          )
21 DEEP VEIN THROMBOSIS LITIGATION        )   **JOINT STIPULATION TO**
                                          )   **DISMISS CASES AND**
22 This Document Relates To:              )   [PROPOSED] **ORDER**
                                          )
23 *Hind v. Southwest Airlines Co.*       )
   *Case No. C 05 3181 VRW*               )
24 *English v. US Airways;*               )
   *Case No. C 05 3180 VRW*               )
25 *Bell v. US Airways;*                  )
   *Case No. C 04 5491 VRW*               )
26 *Van Arsdale v. US Airways*            )
   *Case No. C 04 4258 VRW*               )
27 _____)
28

All parties in the above four actions have stipulated to dismiss each case, each side to bear its own costs and fees. The above four cases do not involve claims nor allegations regarding seat configuration and therefore nothing remains to be litigated.

**IT IS SO STIPULATED.**

DATED: JANUARY 31, 2008                    STERNS & WALKER

By: /s/ Brenda D. Posada
Brenda D. Posada
Attorneys for Plaintiffs
Bell, Van Arsdale, English & Hind

DATED: JANUARY 31, 2008                    PIETRAGALLO BOSICK & GORDON

By: /s/ Clem C. Trischler
Clem C. Trischler (Pa. Bar No. 52957)
Attorneys for Defendant US Airways

DATED: JANUARY 31, 2008                    CODDINGTON, HICKS & DANFORTH

By: /s/ Richard G. Grotch
Richard G. Grotch (Bar No. 127713)
Attorney for Defendant Southwest Airlines Co.

[PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED: Feb. 4, 2008



IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2