GERALD C. STERNS (Bar No. 029976)
BRENDA D. POSADA (Bar No. 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506

Attorney for Plaintiffs
ERNEST-WILHELM RIETSCHEL

KYMBERLY E. SPEER (Bar No. 121703)
SAMANTHA DAVIES HILTON (Bar No. 215585)
Kenney & Markowitz LLP
255 California Street, 13th Floor
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170

Attorney for Defendants
U.S. AIRWAYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates To:<br><br>*RIETSCHEL V. U.S.AIRWAYS,INC.,*<br>*Case No. C 01-3444 VRW* | **MDL Docket No. 04-1606 VRW**<br><br>**STIPULATED REQUEST FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to request dismissal of this action in its entirety, with prejudice, each side to

1

**STIPULATED REQUEST FOR DISMISSAL**

bear its own costs and fees. Mr. Ernst-Wilhelm Rietschel has stipulated to the dismissal and a true and correct copy is attached hereto as Exhibit A.

DATED: February 19, 2008        STERNS & WALKER

By: _____/s/ Brenda Posada_____
Brenda D. Posada
Attorneys for Plaintiff
ERNST-WILHELM RIETSCHEL

Dated: February 19, 2008        KENNEY & MARKOWITZ, L.L.P.

By: _____\s_____
Samantha D. Hilton
Attorneys for Defendant
U. S. AIRWAYS, INC.

**PURSUANT TO STIPULATION, IT IS THE ORDER OF THE COURT**

That this action is dismissed in its entirety, with prejudice, each side to bear its own costs and fees.

**IT SO ORDERED.**

Date: February 20, 2008

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]

# EXHIBIT A

```
1  GERALD C. STERNS (Bar No. 029976)
   BRENDA D. POSADA (Bar No. 152480)
2  STERNS & WALKER
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 267-0500
   Facsimile:  (510) 267-0506
5
6  Attorney for Plaintiff ERNST-WILHELM RIETSCHEL

7  KYMBERLY E. SPEER (Bar No. 121703)
   SAMANTHA DAVIES HILTON (Bar No. 215585)
8  Kenney & Markowitz, LLP
   255 California Street, Suite 1300
9  San Francisco, CA 94111
10 Telephone: (415) 397-3100
   Facsimile:  (415) 397-3170
11
   Attorney for Defendant US AIRWAYS, INC.,
12
              IN THE UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
```

| | |
|---|---|
| IN RE: | MDL Docket No. 04-1606 VRW |
| DEEP VEIN THROMBOSIS LITIGATION | STIPULATION FOR DISMISSAL |
| This Document Relates To: | |
| *RIETSCHEL v. U.S. AIRWAYS, INC.*, Case No. C 01-3444 VRW | |

I, Ernst Wilhelm Rietschel, agree to the dismissal of my action, each side to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: February 14, 2008         BY: _[signature]_
                                     ERNST WILHELM RIETSCHEL
                                     PLAINTIFF

Received: 14-FEB-08 11:05  Feb 14 2008 02:07am  rietschel  432811 474160  SEITE: 2