1  SAMANTHA D. HILTON (SBN 215585)
   KENNEY & MARKOWITZ L.L.P.
2  255 California Street, Suite 1300
   San Francisco, CA 94111
3  Telephone:  (415) 397-3100
   Facsimile:   (415) 397-3170
4  shilton@kennmark.com

5  Attorneys for Defendant
   JETBLUE AIRWAYS CORPORATION
6

7  CLEM C. TRISCHLER, JR. (*Pro Hac Vice*)
   PIETRAGALLO, BOSICK & GORDON
8  One Oxford Centre, 38th Floor
   Pittsburgh, PA 15219
9  Telephone:  (412) 263-1816
   Facsimile:   (412) 261-5295
10 cct@pbandg.com

11 Attorneys for Defendant
   JETBLUE AIRWAYS CORPORATION

**IT IS SO ORDERED**
*Judge Vaughn R Walker*
March 14, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION - ECF PROGRAM

| | |
|---|---|
| IN RE: | MDL DOCKET NO. 04-1606 VRW |
| DEEP VEIN THROMBOSIS | **STIPULATION OF DISMISSAL** |
| This Document Relates to: | |
| *James Varriale v. JetBlue Airways Corporation*; | |
| Case No. C 04 4166 VRW | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

1  DATED: March __, 2008  KENNEY & MARKOWITZ L.L.P.

  By: _____
  SAMANTHA D. HILTON
  Attorneys for Defendant
  JETBLUE AIRWAYS CORPORATION

6  DATED: March 11, 2008  MAGANA CATHCART McCARTHY

  By: _____
  CLAY ROBBINS III
  Attorneys for Plaintiff
  JAMES VARRIALE

Kenney & Markowitz L.L.P.