LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY  045712
MICHAEL S. DANKO  111359
STEPHEN J. PURTILL  100102
KRISTINE K. MEREDITH  158243
SCOTT D. PEEBLES  227493
MARY BETH O'CONNOR  228591
OF COUNSEL
GARY L. SIMMS  096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
3/28/08

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

MDL Docket No. 04-1606 VRW

This Document Relates to:

**STIPULATION OF DISMISSAL**

*Brown v. Continental Airlines, Inc.;*
Case No. C05 01825 VRW

_____/

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December ____, 2007

_____
Howard Brown

-1-
STIPULATION TO DISMISSAL

Dated: December 2/14, 2007

O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiffs Montalvo


Dated: ~~December~~ March 19, 2008 ~~, 2007~~

CODDINGTON, HICKS & DANFORTH

By _____
Richard G. Grotch
Attys. for Continental Airlines, Inc.

-2-
STIPULATION TO DISMISSAL

LAW OFFICES OF
O'REILLY & DANKO
PROFESSIONAL CORPORATION
O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901