

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

MDL Docket No. 04-1606 VRW

This Document Relates to:

**STIPULATION OF DISMISSAL**

*Stevens v. Hawaiian Airlines, Inc.;*
Case No. C05-02477 VRW

_____/

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: ~~December~~ January 16, 200~~7~~8

Victoria Stevens

-1-
STIPULATION TO DISMISSAL

Dated: ~~December~~ 2/15, 2008

O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiff Stevens

Dated: ~~December~~ March 19, 2008

CODDINGTON, HICKS & DANFORTH

By _____
Richard G. Grotch
Attys. for Hawaiian Airlines, Inc.

-2-
STIPULATION TO DISMISSAL