LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
3/28/08

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

MDL Docket No. 04-1606 VRW

This Document Relates to:

*Tasker v. United Airlines, Inc.;*
Case No. C05-2494 VRW

**STIPULATION OF DISMISSAL**

_____/

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December 31, 2007

_____
Jeff Tasker

-1-
STIPULATION TO DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: December 2/15, 2007 | O'REILLY & DANKO |
| 2 | | |
| 3 | | By _____ |
| 4 | | Michael S. Danko |
| | | Attorneys for Plaintiff Tasker |
| 5 | | |
| 6 | | |
| 7 | | CODDINGTON, HICKS & DANFORTH |
| 8 | Dated: March 19, 2008 | By _____ |
| 9 | | Richard G. Grotch |
| | | Attys. for United Airlines, Inc. |

LAW OFFICES OF
O'REILLY & DANKO
PROFESSIONAL CORPORATION
O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL